UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

ORDER

-against-

00-CR-240-10 (NGG)

ASLLAN MUJA,

              Defendant.
------------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge.

On April 27, 2011, Defendant pro se Asllan Muja ("Muja") filed a petition for a writ of mandamus in the United States Court of Appeals for the Second Circuit. (See Mandamus Petition (Muja v. United States, 10-CV-2770 (NGG) at Docket Entry # 26).) Muja's Mandamus Petition relates to both the instant case and his separate pending petition for a writ of habeas corpus under 28 U.S.C. § 2255. (Id. at 1.) With respect to the instant case, Muja asks the Second Circuit to direct this court to "rule expeditiously on . . . all remaining open motions," including "(1) [Muja]'s application to determine a status of his notice of appeal on [the Second Circuit's] remand in the matter of United States v. Asllan Muja, No. 02-1175-cr (2d Cir. November 5, 2009), Dkt. No. 388"; and "(2) [Muja]'s motion to disqualify Judge Nicholas G. Garaufis, Dkt. No. 389." (Id. at 1-2.) The court, however, has already issued an order addressing both of these matters. (See Order dated Feb. 24, 2011 (Docket Entry # 401) (denying Muja's motion to disqualify and granting him sixty days to submit a sworn affidavit in connection with the status of his notice of appeal).)

It appears possible that Muja, a pro se prisoner, may not have received the court's February 24, 2011 order. The Clerk of Court is therefore directed to send Muja a copy of the court's February 24, 2011 order (Docket Entry # 401) along with the instant order. Muja is

1

hereby given sixty (60) days from the date of the instant order to submit the sworn affidavit described in the court's February 24, 2011 order.

SO ORDERED.

Dated: Brooklyn, New York
      May 12, 2011

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge